UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANIELLE MCAREAVEY,                      CASE NO: 8:23-cv-00048-CEH-SPF

    Plaintiff,
v.

SFM, LLC d/b/a
SPROUTS FARMERS MARKET AND
UNKNOWN STORE MANAGER

    Defendant.
_____/

## DEFENDANT SFM, LLC'S CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

SFM, LLC d/b/a SPROUTS FARMERS MARKET by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03 hereby submits its Certificate of Interested Parties and Corporate Disclosure Statement.

## CERTIFICATE OF INTERESTED PARTIES

Each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome:

- Danielle Mcareavey- *Plaintiff;*

- Joseph A. Kopacz, Esq. - Solely in his capacity as Counsel for *Plaintiff*
- Morgan & Morgan, P.A. - Solely in its capacity as Counsel for *Plaintiff*

- SFM, LLC. - *Defendant;*

1

- SF Markets, LLC. – SFM, LLC operates in Florida under the forced D/B/A of SF Markets, LLC

- Sprouts Farmers Market Holdings, LLC. – Parent Company for SFM, LLC;

- Schuyler Smith, Esq.- Counsel for *Defendant*;

- Hamilton Miller and Birthisel, L.L.P. - Solely in its capacity as *Counsel for Defendant*

Each entity with publicly traded shares or debt potentially affected by the outcome:

**None.**

Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee:

**None.**

Each person arguably eligible for restitution:

**Danielle Mcareavey.**

If filed by a nongovernmental corporate party, then identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

**None.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Dated: February 5, 2023

Respectfully submitted,

*/s/ Schuyler Smith*
Schuyler A. Smith, Esq.
Florida Bar No.: 70710
ssmith@hamiltonmillerlaw.com

2

        HAMILTON, MILLER & BIRTHISEL, LLP
*Attorneys for Defendant, SFM, LLC*
150 Southeast Second Avenue  - Suite 1200
Miami, Florida 33131-2332
Telephone:   (305) 379-3686
Facsimile:    (305) 379-3690

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic notices of Electronic Filing.

## SERVICE LIST

Joseph A. Kopacz, Esq.
FBN: 46789
Morgan & Morgan Palm Harbor, P.A.
35686 US Highway 19 N.
Palm Harbor, FL 34683
Tel: (727) 275-6093
Fax: (727) 275-6113
jkopacz@forthepeople.com
kdamico@forthepeople.com
garnett@forthepeople.com
*Counsel for Plaintiff*

3

HAMILTON, MILLER & BIRTHISEL LLP
150 SOUTHEAST SECOND AVENUE, SUITE 1200 · MIAMI, FLORIDA 33131
TELEPHONE: 305-379-3686 · FACSIMILE: 305-379-3690